# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

Marilyn Kelly,
Chief Justice

137499

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                       SC: 137499
                                       COA: 286347
                                       Saginaw CC: 07-028676-FC

CHAD JOHN LEACHMAN,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      HATHAWAY, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009 _____

                                        _____
                                           Clerk